**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al., ,

        Petitioners,      19 **CIVIL** 11638 (JPO)

  -against-            **JUDGMENT**

SKY WORX CONTRACTING INC.,
        Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 14, 2020, the petition to confirm the Arbitration Award is granted, and the application for attorney's fees and costs is also granted; Judgment is entered in favor of Petitioners in the amount of $11,254.38, plus statutory interest, as well as additional amount of $2,133 in attorney's fees and costs for the present petitioner; accordingly, this case is closed.

**Dated:** New York, New York
     February 18, 2020

                 RUBY J. KRAJICK
                 **Clerk of Court**

            BY:
                 **Deputy Clerk**

                THIS DOCUMENT WAS ENTERED
                ON THE DOCKET ON 2/18/2020